478 A.2d 122

Commonwealth v. Stokes, Appellant.
Petition for Allowance of Appeal
Denied Nov. 5, 1984.

Submitted February 21, 1984. George Gershenfeld,

596

for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.